AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br><br>MOHSIN RAZA and<br>MUJTABA ALI RAZA<br><br>*Defendant* | )<br>)  Case No.  Crim. No 20- **97-02 (FLW)**<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  MUJTABA ALI RAZA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Sections 1028(f) (conspiracy to produce and transfer false documents), 1028(a)(2) (transfer of false documents), 1543 (false use of passports), and 1028A (aggravated identity theft)

Date: 01/28/2020

*Issuing officer's signature*
Hon. Joseph A. Dickson
United States Magistrate Judge

City and state: Newark, New Jersey

Hon. **Hon. Joseph A. Dickson, United States Magistrate Judge**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Mujtaba Ali Raza
Known aliases: Mujtaba Ali Lilani, Mujtaba Ali, Mujtaba
Last known residence: Flat G114 M L Park View Opp Nishter Park, Soldier Bazar #2, Karachi, Pakistan
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: Pakistan
Date of birth: 10/21/1987
Social Security number: National ID #: 42201-0411377-1
Height:                                               Weight:
Sex: Male                                             Race:
Hair:                                                 Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation - 11 Centre Place, Newark, NJ 07102

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: